UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In Re:                                                          Chapter 7

Herja Associates LLC,                                           Case No.: 803-86651-511
                             Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
Marc A. Pergament, Chapter 7 Trustee of the
Estate of Herja Associates LLC,                                 Adv. Proc. No. 804-08538-511

                             Plaintiff,
               -against-                                  **STIPULATION**
                                                                     **DISCONTINUING**
Jack Lefkowitz, Maskil El Dal Ltd. and                          **ACTION WITHOUT**
Olympia Capital Group, Ltd.,                                    **PREJUDICE**

                             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

       IT IS HEREBY STIPULATED, by and between the above-named parties, by their

respective counsel, that the above entitled action be, and the same hereby is discontinued without

prejudice and without costs to any party as against the other.


| | |
|---|---|
| Dated: Garden City, New York | Dated: Garden City, New York |
|       March 28, 2005 |       March 25, 2005 |
| WEINBERG, GROSS & PERGAMENT LLP | MORITT HOCK HAMROFF & HOROWITZ LLP |
| Attorneys for Plaintiff-Trustee | Attorneys for Defendants |
| | |
| By:\_\_\_/s/ Marc Pergament_____ | By:\_\_\_\_/s/ Stephen Turman_____ |
|    Marc A. Pergament (MP-6183) |    Stephen E. Turman (ST-6018) |
| 400 Garden City Plaza, Suite 403 | 400 Garden City Plaza |
| Garden City, New York 11530 | Garden City, New York 11530 |
| (516) 877-2424 | (516) 873-2000 |

So Ordered: **April 7, 2005**        */s/ Melanie L. Cyganowski*
                                           Honorable Melanie L. Cyganowski
                                           United States Bankruptcy Judge